UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. [          ]–Civ–[          ]

AF HOLDINGS LLC,

    Plaintiff,

vs.

DOES 1 – 31,

    Defendants.
_____/

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Plaintiff AF Holdings LLC does not have a parent corporation. No publicly held company owns 10% or more of Plaintiff's stock.

Respectfully submitted,

AF Holdings LLC

DATED: March 6, 2012

By:   /s/ Joseph Perea
Joseph Perea (Bar No. 47782)
Prenda Law Inc.
1111 Lincoln Road, Suite 400
Miami Beach, Florida 33139
Telephone: (305) 748-2102
Telecopier: (305) 748-2103
joperea@wefightpiracy.com
*Attorney for Plaintiff*