UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-cv-20922-Ungaro

AF HOLDINGS LLC,

    Plaintiff,

vs.

DOES 1 – 31,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT'S ORDER**

Plaintiff AF Holdings LLC hereby submits this notice of compliance with the Court's order of August 7, 2012. (ECF No. 32.) The Court ordered that "Plaintiff file a notice identifying which IP address belongs to Doe Defendant One." (*Id.* at 22.) Plaintiff hereby identifies Doe Defendant One as the individual associated with IP address 66.176.38.103 listed in Exhibit A to Plaintiff's Complaint. (ECF No. 1-1 at 2.)

The Court also ordered that Plaintiff "must provide a copy of this order to the ISPs to whom the subpoenas were issued . . . and file a notice of compliance in this Court." (ECF No. 32 at 22.) Pursuant to the Court's order, Plaintiff timely mailed a copy of the Court's August 7, 2012 (ECF No. 32) order to the relevant ISPs via First Class U.S. Mail.

[intentionally left blank]

Dated August 23, 2012,

Respectfully Submitted,

AF Holdings LLC,

By: /s/ Joseph Perea

Joseph Perea (FBN 47782)
Joseph Perea, P.A.
9100 S. Dadeland Blvd, Ste 1500
Miami, FL 33156
Tel: 305-934-6215
Fax: 888-229-4968
E-mail: joperea@perealawfirm.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on August 23, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                                                                              /s/ Joseph Perea
                                                                              JOSEPH PEREA