UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-cv-20922-Ungaro

AF HOLDINGS LLC,

    Plaintiff,

vs.

DOES 1 – 31,

    Defendants.
_____/

## ORDER

This matter comes before the Court on a Motion for Withdrawal of Counsel and Motion for Substitution of Counsel. Joseph Perea requests permission to withdraw as counsel and Maurice Castellanos requests permission to be substituted in place of Joseph Perea. Pursuant to Local Rule 11.1(d), the Court will grant both Motions.

THEREFORE, it is now ORDERED:

(1) The Motion for Withdrawal of Counsel and Motion for Substitution of Counsel is GRANTED. Joseph Perea, 9100 S. Dadeland Blvd, Suite 1500, Miami, Florida 33156, shall be removed as Counsel of Record and released of any further responsibility.

(2) Maurice Castellanos, 1031 Ives Dairy Road, Suite 228, Miami, Florida 33179 shall be designated Counsel of Record on behalf of the Plaintiff.

DONE AND ORDERED this 12 day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE