UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-cv-20922-UU

AF HOLDINGS, LLC,

    Plaintiff,

v.

DOE 1,

    Defendant.

_____/

## ORDER DISMISSING WITHOUT PREJUDICE

    THIS CAUSE is before the Court upon a *sua sponte* review of the record.

    THIS COURT has considered Plaintiff's Complaint, the pertinent portions of the record, is otherwise fully advised on the premises.

    On March 6, 2012, Plaintiff brought the present action, alleging copyright infringement against 31 unknown defendants named in the Complaint as "DOE'S 1-31." [D.E. 1] On August 6, 2012, this Court issued an Order severing Doe's 2-31 from the present action. [D.E. 32]. On August 23, 2012, Plaintiff filed a Notice of Compliance with the Court's Order [D.E. 32], identifying the Internet Protocol ("IP) address belonging to the remaining Defendant. [D.E. 33] To date, however, Plaintiff has not filed a notice that a summons was returned executed as to Defendant. Because the Court finds no indication that Defendant has been served within the 120-day limit required under Federal Rule of Civil Procedure 4(m), it is hereby

1

ORDERED AND ADJUDGED that the present action is DISMISSED WITHOUT PREJUDICE.

DONE AND ORDERED in Chambers at Miami, Florida, this _12th__ day of October 2012.

*[signature]*
_____
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record