UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-cv-20922-UU

AF HOLDINGS, LLC,

    Plaintiff,

v.

DOE 1,

    Defendant.

_____/

**ADMINISTRATIVE ORDER**

THIS CAUSE is before the Court upon the Court's Order Dismissing the present action without prejudice.

THE COURT is fully advised in the premises. It is hereby

ORDERED AND ADJUDGED this case is hereby CLOSED for administrative purposes.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record